UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANE DOE, a Minor, by and Through Jane Doe 2, Her Mother and Next Friend,

   Plaintiff,

 v.

TRICO COMMUNITY SCHOOL DISTRICT NO. 176, a corporation, DENNIS SMITH, JOHN DENOSKY, JERRY OHLAU and MICHAEL JENNINGS,

   Defendants.

Case No. 11-cv-586-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 12). The motion to dismiss refers to matters outside the pleadings. When such material is presented in connection with a Rule 12(b)(6) motion to dismiss, the Court may treat the motion to dismiss as a motion for summary judgment or it may exclude the additional material from consideration. *See* Fed. R. Civ. P. 12(d). In this case, the Court believes consideration of the matters outside the pleadings may expedite the disposition of this case. Therefore, the Court gives the plaintiff **NOTICE** that the Court will construe the defendants' motion as a motion for summary judgment under Federal Rule of Civil Procedure 56 and will allow the plaintiff an opportunity to respond to the motion as now construed. Since the current response and reply briefs (Docs. 18, 19 & 22) treat the motion as if it were a motion to dismiss and not for summary judgment, the Court **STRIKES** those filings. The plaintiff shall have up to and including January 13, 2012, to respond to the pending summary judgment motion. The defendants shall have 14 days from the plaintiff's response to reply, if necessary.

**IT IS SO ORDERED.**
**DATED: December 15, 2011**

            s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**