UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANE DOE, a Minor, by and Through Jane Doe 2, Her Mother and Next Friend,

        Plaintiff,

   v.

TRICO COMMUNITY SCHOOL DISTRICT NO. 176, a corporation, DENNIS SMITH, JOHN DENOSKY, JERRY OHLAU and MICHAEL JENNINGS,

        Defendants.

Case No. 11-cv-586-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. The Court notes that the affidavit submitted in response to the defendants' motion to dismiss, which has been construed as a motion for summary judgment, was executed by the plaintiff as "Jane Doe," not the plaintiff using her true identity. An affidavit by "Jane Doe" does not provide sufficient guarantees of truthfulness as contemplated by Federal Rule of Civil Procedure 56(c)(4) or 28 U.S.C. §1746. Accordingly, the Court **ORDERS** that plaintiff Jane Doe shall have up to and including January 27, 2012, to file electronically under seal an affidavit executed by her in her own name. The affidavit shall be docketed using the event "Supplement" and shall be linked to the response to the motion.

**IT IS SO ORDERED.**
**DATED:  January 17, 2012**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**