UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, a Minor, by and Through Jane Doe 2, Her Mother and Next Friend,<br><br>            Plaintiff,<br><br>    v.<br><br>TRICO COMMUNITY SCHOOL DISTRICT NO. 176, a corporation, DENNIS SMITH, JOHN DENOSKY, JERRY OHLAU and MICHAEL JENNINGS,<br><br>            Defendants. | Case No. 11-cv-586-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Counts I and II is entered in favor of defendants Trico Community School District No. 176, Dennis Smith, John Denosky, Jerry Ohlau and Michael Jennings and against plaintiff Jane Doe, a minor, by and through Jane Doe 2, her mother and next friend; and

IT IS FURTHER ORDERED AND ADJUDGED that Counts III through XV are dismissed without prejudice for lack of subject matter jurisdiction.

**DATED:** March 2, 2012              **NANCY J. ROSENSTENGEL, Clerk of Court**

                                      **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**