UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANE DOE, a Minor, by and Through Jane Doe 2, Her Mother and Next Friend,

    Plaintiff,

v.

TRICO COMMUNITY SCHOOL DISTRICT NO. 176, a corporation, DENNIS SMITH, JOHN DENOSKY, JERRY OHLAU and MICHAEL JENNINGS,

    Defendants.

Case No. 11-cv-586-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion to alter or amend judgment pursuant to Federal Rule of Civil Procedure 59(e) (Doc. 41) filed by defendants Trico Community School District No. 176, Dennis Smith, John DeNosky, Jerry Ohlau and Michael Jennings. The motion points out that the Court granted summary judgment in the defendants' favor on the plaintiff's claims under Title IX of the Civil Rights Act of 1964, 20 U.S.C. § 1681(a), for sex-based harassment and under 42 U.S.C. § 1983 for violation of Jane Doe's Fourth Amendment right to be free of unreasonable search and seizure. However, its conclusion and the judgment in this case incorrectly identified the counts associated with these claims. Because this was a clerical error by the Court, the Court finds relief under Rule 59(e) is appropriate. Accordingly, the Court:

- **GRANTS** the motion to alter or amend judgment (Doc. 41),

- **GRANTS in part** and **DENIES in part** the defendants' motion to dismiss, which has been construed as a motion for summary judgment (Doc. 12). The motion is **GRANTED** as to Counts I, II, IV, VII, X and XIII and **DENIED** as to Counts III, V, VI, VIII, IX, XI, XII, XIV and XV;

- **DISMISSES** Counts III, V, VI, VIII, IX, XI, XII, XIV and XV **without prejudice for**

> **lack of jurisdiction**; and

- **DIRECTS** the Clerk of Court to enter an amended judgment accordingly.

**IT IS SO ORDERED.**
**DATED: March 5, 2012**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**