UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, a Minor, by and Through Jane Doe 2, Her Mother and Next Friend,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRICO COMMUNITY SCHOOL DISTRICT NO. 176, a corporation, DENNIS SMITH, JOHN DENOSKY, JERRY OHLAU and MICHAEL JENNINGS,<br><br>　　　　Defendants. | Case No. 11-cv-586-JPG-PMF |

## AMENDED JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Counts I, II, IV, VII, X and XIII is entered in favor of defendants Trico Community School District No. 176, Dennis Smith, John Denosky, Jerry Ohlau and Michael Jennings and against plaintiff Jane Doe, a minor, by and through Jane Doe 2, her mother and next friend; and

IT IS FURTHER ORDERED AND ADJUDGED that Counts III, V, VI, VIII, IX, XI, XII, XIV and XV are dismissed without prejudice for lack of subject matter jurisdiction.

**DATED: March 5, 2012**　　　　　　　　**NANCY J. ROSENSTENGEL, Clerk of Court**

　　　　　　　　　　　　　　　　　　　　**s/Brenda K. Lowe, Deputy Clerk**

**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**