UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, a Minor, by and Through Jane Doe 2, Her Mother and Next Friend,<br><br>        Plaintiff,<br><br>   v.<br><br>TRICO COMMUNITY SCHOOL DISTRICT NO. 176, a corporation, DENNIS SMITH, JOHN DENOSKY, JERRY OHLAU and MICHAEL JENNINGS,<br><br>        Defendants. | Case No. 11-cv-586-JPG-PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's counsel's second motion for leave to withdraw from this case (Doc. 47). Plaintiff's counsel having satisfied the requirements of Local Rule 83.1(g), the Court **GRANTS** the motion, **DIRECTS** the Clerk of Court to reflect on the docket sheet that J. Michael Weilmuenster is **WITHDRAWN** as counsel from this case and the plaintiff is now appearing *pro se*, and **ORDERS** plaintiff's counsel to serve a copy of this order of withdrawal with seven days on all counsel of record and unrepresented parties, including the plaintiff. The Court further cautions the plaintiff that her deadline for filing a notice of appeal – May 4, 2012 – will run before the 21 days she has been given to obtain new counsel. If she wishes to file a notice of appeal of the Court's judgment, she must do it by May 4, 2012, with or without counsel.

**IT IS SO ORDERED.**
**DATED: April 17, 2012**

                                                          s/ J. Phil Gilbert
                                                          **J. PHIL GILBERT**
                                                          **DISTRICT JUDGE**